# ELECTRONIC RECORD

COA # 05-13-00918-CR          OFFENSE: 62.1

STYLE: Johnny Ruiz v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     REVREN          TRIAL COURT: Criminal District Court No. 4

DATE: 11/5/2014          Publish: NO   TC CASE #:     F-1235122-K

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Johnny Ruiz v. The State of Texas          CCA #: _033-15_

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ refused _____          JUDGE: _____

DATE: April 23, 2015          SIGNED: _____          PC: _____

JUDGE: Pc          PUBLISH: _____          DNP: _____

KELLER P.J. would Grant

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____